1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   RUSSELL W. CHITTENDEN
4  Assistant U.S. Attorney
   California Bar No. 112613
5  TIM L. LASKE
   Assistant U.S. Attorney
6  California Bar No. 223395
       Room 7516 Federal Building
7      300 North Los Angeles Street
       Los Angeles, California 90012
8      Telephone: (213) 894-2444/0805
       Facsimile: (213) 894-7819
9      Email: Russell.Chittenden@usdoj.gov; Tim.Laske@usdoj.gov

10                    UNITED STATES DISTRICT COURT
11                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
12                            WESTERN DIVISION
13

14  WILLIAM L. SCOTT,                 ) No. CV CV 09-06496 RGK (FMOx)
                                      )
15       Plaintiff,                   ) [PROPOSED] JUDGMENT
                                      )
16       v.                           ) [Local Rule 56-1]
                                      )
17  JOHN E. POTTER, Postmaster        )
    General,                          )
18                                    ) DATE:  February 7, 2011
         Defendant.                   ) TIME:  9:00 a.m.
19                                    ) PLACE: Roybal Courthouse -
                                      )        Ctrm. 850
20                                    ) JUDGE: Honorable R. Gary Klausner
                                      )
21                                    )

1. The Motion For Summary Judgment of defendant John E. Potter, Postmaster
2. General ("Defendant") came on regularly for hearing on February 7, 2011, before
3. the Honorable R. Gary Klausner, United States District Judge, and the Court
4. having considered the pleadings, memorandum of points and authorities, evidence
5. and the oral argument at the hearing;
6. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
7. Defendant's Motion For Summary Judgment is granted and this action is hereby
8. dismissed.
9. DATED: February 10, 2011.

UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIM L. LASKE
Assistant United States Attorney

/s/
_____
RUSSELL W. CHITTENDEN
Assistant United States Attorney

Attorneys for Defendant, John E. Potter